# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0722
_____

ANAYANSI VAN DER BERG,

Appellant,

v.

SUWANNEE COUNTY,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark Feagle, Judge.

May 13, 2025

PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anayansi Van Der Berg, pro se, Appellant.

Adam L. Morrison of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellee.